IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    **vs.**                        **CASE NO. 3:99CR226-04(HL)**

**JOSE LUIS VARGAS-RAMOS**
**T/N: JOSE VARGAS RAMOS**
**a.k.a. "Coyote"**
**\* \* \* \* \* \* \* \* \* \* \* \***

**MOTION NOTIFYING VIOLATION OF CONDITIONS
OF RELEASE AND REQUESTING WRITTEN REPRIMAND**

**TO THE HONORABLE HECTOR M. LAFFITTE**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW, MARTIN DE SANTIAGO, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, Jose Vargas-Ramos, who on August 8, 2000, was sentenced to thirty (30) months of imprisonment after he was convicted of violating 21 U.S.C. § 846. A supervised release term of four (4) years was imposed with the special condition of drug testing/treatment, if necessary. A special monetary assessment in the amount of $100 was also imposed. On June 14, 2002, the offender was released from custody at which time the supervision term imposed commenced.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    Since his release from custody, the offender has violated the following supervision condition:

**1. CONDITION NO. 4 - "THE DEFENDANT SHALL SUPPORT HIS OR HER DEPENDENTS AND MEET OTHER FAMILY RESPONSIBILITIES."**

A balance statement obtained from the Commonwealth of Puerto Rico Department of Family Services reflects that the offender has an outstanding child support debt of $8,109.62. The offender, upon our intervention, was brought back into compliance as to this financial obligation. He is currently making the required monthly payments. More so, he is paying an additional amount as established in a payment plan to satisfy the above-noted debt.

**WHEREFORE**, I declare under a penalty of perjury that the foregoing is true and correct, and as the offender had been in compliance with his conditions of release until recently, and since we will continue to monitor this issue, it is respectfully requested, that at this time, he be issued a written reprimand. Should he violate any other condition, the Court will be notified. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 14th day of November 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Martin De Santiago
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
E-mail:martin_de_santiago@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on November 14, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia I. Torres-Pabon, Assistant U.S. Attorney, and Francisco Acevedo-Padilla, Esq.

In San Juan, Puerto Rico, this 14th day of November 2005.

<u>s/Martin De Santiago</u>
Martin De Santiago
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
E-mail:martin_de_santiago@prp.uscourts.gov